**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20898-CR-COOKE**

**UNITED STATES OF AMERICA,**

    v.

**EDWARD J. DIMARIA,**

    **Defendant.**

_____/

## NOTICE OF PENDING AND RELATED OR SIMILAR ACTION

The Department of Justice and United States Attorney for the Southern District of Florida (together "the government") hereby file this Notice of Pending and Related or Similar Action pursuant to Rule 3.8 of the Court's Local Rules. For the reasons stated below, this Court should enter an order transferring this case from the docket of the Honorable Judge Marcia G. Cooke to the Honorable Chief Judge K. Michael Moore to whom a closely related and lower-numbered case is assigned.

1. On December 19, 2017, Defendant Edward J. DiMaria was charged by thirteen-count grand jury indictment in the above-captioned case, which was assigned to this Court's calendar.

2. The grand jury indictment charged DiMaria with conspiring with others to commit a complex accounting and securities fraud scheme.

3. One of the individuals alleged to having conspired with DiMaria in the conspiracy is Hyunjin Lerner, who was charged by grand jury indictment on March 28, 2017, in 17-20235-CR-MOORE/SIMONTON. The indictment charged Lerner with multiple counts, including conspiracy to commit securities fraud with DiMaria and other individuals.

4. Lerner entered a guilty plea before Magistrate Judge Simonton on October 12, 2017, and has a sentencing hearing scheduled on January 11, 2018, before Chief Judge Moore.

5. In the interests of judicial economy, the government submits that Chief Judge Moore should preside over both matters involving charges arising from the same complex conspiracy.

6. For these reasons, the government requests that the higher-numbered action of <u>United States v. Edward J. DiMaria</u>, 17-20898-CR-COOKE, be transferred forthwith to the docket of Chief Judge Moore.

Respectfully submitted,

SANDRA L. MOSER
ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By: */s/ Emily C. Scruggs*
EMILY C. SCRUGGS
Florida Special Bar No. A5502310
Trial Attorney, Fraud Section
United States Department of Justice
1400 New York Ave. NW
Washington, DC  20530
Telephone:  (202) 616-2488

Date: December 19, 2017

## **CERTIFICATE OF SERVICE**

I, Emily C. Scruggs, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

>By: */s/ Emily C. Scruggs*
>EMILY C. SCRUGGS
>Florida Special Bar No. A5502310
>Trial Attorney, Fraud Section
>United States Department of Justice
>1400 New York Ave. NW
>Washington, DC  20530
>Telephone:  (202) 616-2488

Date: December 19, 2017