UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20898-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

EDWARD J. DIMARIA,

    Defendant,

    and

WELLS FARGO BANK, N.A.,

    Garnishee.
_____/

## GOVERNMENT'S MOTION FOR DISPOSITION

Plaintiff, by and through the undersigned counsel, respectfully moves, pursuant to 28 U.S.C. §3205(c)(7), the Court enter an Order directing the Garnishee to deposit into the Restitution Fund, the funds identified in the Garnishee's answer to the Writ of Garnishment, plus all accrued interest, for payment toward the restitution judgment and then for dissolution of the Writ of Garnishment. In support thereof, Plaintiff states the following:

## MEMORANDUM OF LAW

1. On October 18, 2018, the Clerk of Court issued a Writ of Garnishment to Garnishee Wells Fargo Bank, N.A., directing it to withhold from the Defendant Edward J. Dimaria any property in its possession, custody or control, in which Edward J. Dimaria had a substantial nonexempt interest [D.E. 92].

2. The Writ was issued pursuant to the Federal Debt Collection Procedure Act (FDCPA), 28 U.S.C. § 3001, et seq., for the purpose of securing payment of the criminal restitution judgment on September 25, 2018, against the Defendant Edward J. Dimaria [D.E. 83].

3. A Certificate of Service was filed on October 23, 2018, reflecting that copies of the Motion for Writ of Garnishment, the Writ of Garnishment, and the instructions required by 28 U.S.C. § 3205(c)(3)(B) were served by CM/ECF to Defendant's counsel and by Federal Express upon the Garnishee [D.E. 96].

4. In response to the Writ of Garnishment directed to Wells Fargo Bank, N.A., it filed an Answer identifying two accounts in the name of the Defendant: one in the amount of $4,159.60 and one in the amount of $33,779.78 for a total of $37,939.38 [D.E. 97].

5. Plaintiff requests that the Court direct Wells Fargo Bank, N.A., to liquidate the monies in Edward J. Dimaria's, account(s) plus any interest accrued thereon, and deposit the funds with the Clerk of the Court, which will be applied toward the Defendant's restitution judgment. The payment into the Court's Restitution Fund can be paid by cashier's check, corporate check, money order or attorney law firm check. The check should be made payable to "U.S. Courts" and shall be delivered by mail or otherwise to "U.S. District Court, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128 and reference "U.S.A. v. Edward J. Dimaria, Case No. 17-20898-CR-MOORE, Restitution."

6. The undersigned counsel has not been able to confer with Mr. DiMaria concerning this motion since he is currently located at the Federal Medical Center Devens in Ayer, Massachusetts.

WHEREFORE, pursuant to 28 U.S.C. §3205(c)(7), Plaintiff United States of America respectfully requests an Order from the Court directing the Garnishee Wells Fargo Bank, N.A., to

liquidate the funds in Edward J. Dimaria's, account(s) in the manner set forth above. Plaintiff submits that the Writ of Garnishment [D.E. 92] should be dissolved, once the garnishee has made the above-referenced payments to the Clerk of Court.

                      Respectfully submitted,

                      ARIANA FAJARDO ORSHAN
                      UNITED STATES ATTORNEY

By:   */s/Maureen Donlan*
       Maureen Donlan
       Assistant U.S. Attorney
       99 N.E. 4th Street, Suite 300
       Miami, FL  33132-2111
       Fla. Bar No. 298034
       Telephone No. (305) 961-9334
       Fax No. (305) 530-7139
       E-mail: Maureen.Donlan@usdoj.gov
       *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January, 2021, I electronically filed and e-served the foregoing document with the Clerk of the Court using CM/ECF, on all counsel or parties of record listed below, as follows:

Edward J. Dimaria, Register Number: 16900-104
FMC Devens
Federal Medical Center
P.O. Box 879
Ayer, MA  01432
*Defendant*

John B. Kent, Esq.
E-Mail: jkent@marksgray.com
Attorneys for Garnishee