**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cr-20898-KMM-1

UNITED STATES OF AMERICA

v.

EDWARD J. DIMARIA,

    Defendant,

and

WELLS FARGO BANK, N.A.,

    Garnishee.

_____/

**ORDER**

THIS CAUSE came before the Court upon the Government's Motion for Disposition. ("Mot.") (ECF No. 130). Defendant Edward J. Dimaria ("Defendant") did not respond and the time to do so has passed. The Motion is now ripe for review.

On October 18, 2018, the Clerk of Court issued a Writ of Garnishment to Garnishee Wells Fargo Bank, N.A. ("the Garnishee"), directing it to withhold from Defendant any property in its possession, custody or control, in which Defendant has a substantial nonexempt interest. *See* (ECF No. 92). The Writ was issued pursuant to the Federal Debt Collection Procedure Act ("FDCPA"), 28 U.S.C. § 3001 *et seq.*, for the purpose of securing payment of the September 25, 2018, criminal restitution judgment entered against Defendant. *See* (ECF No. 83). Pursuant to the Writ of Garnishment directed to it, the Garnishee filed an Answer (ECF No. 97) "identifying two accounts in the name of the Defendant: one in the amount of $4,159.60 and one in the amount of $33,779.78 for a total of $37,939.38." Mot. at 2. The Government served the Motion for Writ of Garnishment, the Writ of Garnishment, and the instructions required by 28 U.S.C. § 3205(c)(3)(B) on Defendant's counsel via CM/ECF, and by Federal Express on Garnishee, on October 23, 2018.

*Id.*; (ECF No. 96). Defendant has not filed objections. The Government filed the instant Motion on January 29, 2021. *See generally* Mot.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUGED that the Government's Motion for Disposition (ECF No. 130) is GRANTED.

The Garnishee is hereby directed to liquidate forthwith the accounts identified in its Answer to the Writ of Garnishment (ECF No. 97), upon receipt of this Order. Garnishee shall deposit the monies identified in its Answer with the Clerk of the Court by cashier's check, corporate check, money order, or attorney's trust check. The check should be made payable to "U.S. Courts," and reference "*United States v. Edward J. Dimaria,* Case No. 1:17-cr-20898-KMM, Restitution." The check shall be delivered by U.S. mail to: U.S. District Court, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128.

The Clerk of the Court is directed to apply the funds received from the Garnishee to the outstanding restitution judgment imposed against Defendant in this action in accordance with 18 U.S.C. § 3612. Upon payment to the Clerk of Court, the Writ of Garnishment dated October 18, 2018, and directed to Garnishee Wells Fargo Bank, N.A. (ECF No. 92), is hereby DISSOLVED, and is of no further force or effect.

DONE AND ORDERED in Chambers at Miami, Florida, this  16th  day of February, 2021.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record